## CERTIFICATE OF SERVICE

I, Charles W. Rubendall II, Esquire, one of the attorneys for defendant, Balfour Beatty Construction, Inc., hereby certify that I have served the foregoing paper upon counsel of record this date by depositing a true and correct copy of the same in the United States mail, first-class postage prepaid, addressed as follows:

> Jeffrey D. Servin, Esquire
> Servin & Associates
> Suite 1313
> 42 South 15th Street
> Philadelphia, PA  19102

> KEEFER WOOD ALLEN & RAHAL, LLP


> By_____
>     Charles W. Rubendall II

Dated: July 17, 2002