## CERTIFICATE OF NON-OPPOSITION

I, Charles W. Rubendall II, one of the attorneys for defendants, hereby certify that plaintiff's counsel, Mr. Servin, confirmed that he does not oppose the foregoing motion for enlargement of time.

Respectfully submitted,

KEEFER WOOD ALLEN & RAHAL, LLP

Dated:  July 17, 2002			By _____
						Charles W. Rubendall II