IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENG HENG, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-1456 |
| | : | |
| BALFOUR BEATTY CONSTRUCTION, INC., | : | |
| | : | |
| Defendant. | : | |

_____

| | | |
|---|---|---|
| KENG HENG, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO. 02-3605 |
| v. | : | |
| | : | |
| AMERICAN HOME ASSURANCE COMPANY and | : | |
| FEDERAL INSURANCE COMPANY a/k/a | : | |
| CHUBB GROUP OF INSURANCE COMPANIES, | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this     day of June, 2003, upon consideration of Defendants' Motion for Sanctions (Dkt. No. 33), IT IS HEREBY ORDERED that said Motion is DENIED at this time with the right of the Defendants to refile said Motion, if necessary, after the sixty (60) day stay period has expired.

By the Court:


_____
ARNOLD C. RAPOPORT
UNITED STATES MAGISTRATE JUDGE