IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENG HENG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN HOME | : | NO. 02-3605 |

O R D E R

AND NOW, this 13th day of July, 2004, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Franklin S. Van Antwerpen to the calendar of the Honorable Juan R. Sánchez.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court