IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENG HENG, INC. | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 02-3605 |
| AMERICAN HOME ASSURANCE | : | |
| COMPANY | : | |

**<u>ORDER</u>**

And now this 21st day of July, 2004, it is hereby Ordered that a Status/Settlement conference will be held in the above-captioned case on July 27, 2004, at 1:30 p .m. in Courtroom Two of the Reading station of the Eastern District of Pennsylvania, 200 Washington Street, Reading, PA 19601.

_____
Juan R. Sánchez, J.

By Fax to: