IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KENG HENG, INC. | : | Civil Action |
| vs. | : | |
| AMERICAN HOME ASSURANCE COMPANY, | : | No. 02-3605 |
| FEDERAL INSURANCE COMPANY | : | |

**O R D E R**

      **AND NOW**, this 28th day of July, 2004, it having been reported that the issues between the parties have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

      **ORDERED** that this action is DISMISSED with prejudice, pursuant to agreement of counsel without costs , as to the above named parties only.

ATTEST:
BY:                                                                         or              BY THE COURT:

_____                    _____
               Deputy Clerk                                                     JUAN R. SÁNCHEZ, J.

Civ 12 (7/95)
41(b)pty.frm